tenced to concurrent prison terms of life and thirty years, respectively, in the Missouri Department of Corrections.

Judgment affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**William O. GUTHRIE, Appellant.**

**No. WD 59176.**

Missouri Court of Appeals,
Western District.

Feb. 19, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 2, 2002.

Application for Transfer Denied
May 28, 2002.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Andrea Mazza Follett, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before EDWIN H. SMITH, P.J., and HOWARD and HOLLIGER, JJ.

**Order**

PER CURIAM.

William O. Guthrie appeals the judgment of his jury convictions in the Circuit Court of Jackson County of second degree murder, § 565.021, and armed criminal action, § 571.015, for which he was sen-